IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK HOPKINS,

      Plaintiff,                                        06cv0304

v.                                          ELECTRONICALLY FILED

GNC FRANCHISING, INC.,

      Defendant.

## Order of Court

Currently pending before this Court is defendant's petition for attorneys' fees and costs (doc. no. 24). After careful consideration, this Court will deny defendant's motion for attorneys' fees and costs as premature and without prejudice to re-file pending resolution of the appeal currently before the United States Court of Appeals for the Third Circuit.

                                      SO ORDERED this 13th day of July, 2006.

                                      s/Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge

cc:      All counsel of record